IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE: :
 :
CHRISTOPHER DAVID POLK, : CHAPTER 11
 : CASE NO. 18-30913
      Debtor :

**DEBTOR'S MONTHLY OPERATING REPORT**

for the period

from August 30, 2018 through September 30, 2018

COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:
239 Bay Road
Moultrie, GA 31768
(229) 873-7084

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | CHRISTOPHER POLK |
|---|---|
| Case Number: | 18-30913 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 510 — | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 500 — | |
| Total Business Receipts | | |
| Total Receipts | 1010 | |
| Total Household Disbursements | 418 — | |
| Total Business Disbursements | — | |
| Total Disbursements | 418 — | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | +82 | |
| CASH- End of Month (Individual) | 92 — | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 15 day of OCT 20 18

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month SEPT 2018 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 500 — | |
| Wages from Other Sources (attach list to this report) | — | |
| Interest or Dividend Income | — | |
| Alimony or Child Support | — | |
| Social Security/Pension/Retirement | — | |
| Sale of Household Assets (attach list to this report) | — | |
| Loans/Borrowing from Outside Sources (attach list to this report) | — | |
| Other (specify) (attach list to this report) | — | |
| | | |
| **TOTAL RECEIPTS** | 500 — | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | | |

Monthly Operating Report - Individual

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BANKSOUTH | | | |
| Account Number: | ▉3319 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 82 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | — | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 418 | | | |
| 4. Other Reconciling Items (attach list to this report) | — | | | |
| 5. Month End Balance (Must Agree with Books) | 82 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | ✓ | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| AUTO | PROGRESSIVE | 6/21/18 - 12/21/18 | 663 / MONTHLY | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

I DID NOT HAVE THE DEBTOR CHECKING ACCT OPEN IN TIME & THEY AUTO DRAFTED THE $663 BEFORE I COULD STOP THEM. THIS HAS BEEN CORRECTED & WILL NOT HAPPEN AGAIN MOVING FORWARD

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

# BankSouth

PO Box 730
Greensboro, Georgia 30642

**Return Service Requested**

00000154-0000655-0001-0002-FIMR0000460927188048

CHRISTOPHER POLK
1651 LIGHTHOUSE CIRCLE
GREENSBORO GA  30642

www.banksouth.com
**24 Hour Telephone Banking Service**
(706) 453-1000 or (866) 629-2687
**Customer Care Center**
(706) 453-2265

Page: 1
09/27/2018

CYCLE-029

**SIMPLE CHECKING-84**     ████319     Enclosures   1

| | | |
|---|---|---|
| Beginning balance on September 17, 2018 | $ | .00 |
| Total Deposits and Credits: 1 | + | 500.00 |
| Total Checks and Debits: 1 | - | 418.00 |
| Cycle Service Charge | - | 0 |
| Ending balance on September 27, 2018 | $ | 82.00 |

Number of days in this statement period: 11

### Account Transactions

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 09/17 | DEPOSIT | | 500.00 |
| 09/18 | CKCD DEBIT 5655 09/18 09:10 Georgia Power Norcross GA | 418.00 | |

### Balance By Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/16 | .00 | 09/17 | 500.00 | 09/18 | 82.00 | | |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | .00 |
| TOTAL RETURNED ITEM FEES | .00 | .00 |



**MONTHLY OPERATING REPORT - INDIVIDUAL**                                                          **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BANKSOUTH |
|---|---|
| Account Number | ███3319 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DEBIT CARD | | GA POWER | E-BILL | 418 |
| | | | | |
| | | | TOTAL | $ 418 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**                         **ATTACHMENT NO. 4**
**INDIVIDUAL**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | -0- | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | -0- | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | 0 | |
| Withholding** | 0 | |
| FICA - Employee | 0 | |
| FICA - Employer | 0 | |
| Unemployment | 0 | |
| Income | 500 | |
| Other (Attach List) | 0 | |
| Total Federal Taxes | 0 | |
| | | |
| State & Local Taxes | 0 | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | 0 | | |
| Plus: New Indebtedness During the Month | 0 | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | 0 | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

**ACCOUNTS PAYABLE LISTING**
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| | 0 | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | 0 | | | | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this 18th day of October, 2018.

_Kathy English_
~~MIKAYLE BYRD~~
Kathy English