# United States Bankruptcy Court
## Middle District of Georgia

In re  **Christopher David Polk**                                    Case No. **18-30913**
                           Debtor(s)                                 Chapter  **11**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Christopher David Polk**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _I do not receive paystubs_.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date _10/15/18_                    Signature _[signature]_
                                              Christopher David Polk
                                              Debtor