IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                          :
                                                :
CHRISTOPHER DAVID POLK,                         :   CHAPTER 11
                                                :   CASE NO. 18-30913
                    Debtor                      :

DEBTOR'S MONTHLY OPERATING REPORT

for the period

from October 1, 2018 through October 31, 2018

COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:        Attorney's address & phone number:
309 Owens Drive                         348 Cotton Avenue, Suite 200
Juliette GA 31046                       Macon, GA 31201
(404) 956-2922                          (478) 742-6481

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | |
|---|---|
| Case Number: | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repx.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 500 | |
| CASH- Beginning of Month (Business) | — | |
| | | |
| Total Household Receipts | 3000 | |
| Total Business Receipts | — | |
| Total Receipts | 3000 | |
| | | |
| Total Household Disbursements | 3357 47 | |
| Total Business Disbursements | — | |
| Total Disbursements | 3337 47 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -337 47 | |
| | | |
| CASH- End of Month (Individual) | 162 53 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (I.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __18__ day of __NOVEMBER__ 20__18__.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month OCT 2018 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 500 — | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 3,000 | |
| Wages from Other Sources (attach list to this report) | — | |
| Interest or Dividend Income | — | |
| Alimony or Child Support | — | |
| Social Security/Pension/Retirement | — | |
| Sale of Household Assets (attach list to this report) | — | |
| Loans/Borrowing from Outside Sources (attach list to this report) | — | |
| Other (specify) (attach list to this report) | — | |
| | | |
| TOTAL RECEIPTS | 3000 — | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 264 81 | |
| Household Repairs & Maintenance | 93 54 | |
| Insurance | 631 81 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 145 82 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 544 13 | |
| Vehicle Expenses | 200 — | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | 305 — | |
| Other (attach schedule) | | |
| PHONE | 475 40 | |
| INTERNET | 103 78 | |
| | | |
| Total Household Disbursements | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 162 53 | |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BANKSOUTH | | | |
| Account Number: | ███3319 | | | |
| Purpose of Account (Business/Personal) | BIP | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 82 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | — | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 573 12 | | | |
| 4. Other Reconciling Items (attach list to this report) | — | | | |
| 5. Month End Balance (Must Agree with Books) | $1625 3 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL                                                                ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto | Progressive | 6-21-18 – 12/21/18 | 603 Monthly | None |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BANKSOUTH |
|---|---|
| Account Number | 3319 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 501 | 10/15/18 | WES BOYER | LEGAL | 305 |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | -0- | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | -0- | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.
** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | 0 |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | 3000 | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | 0 | 0 |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**                               **ATTACHMENT NO. 5**
**INDIVIDUAL**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | 0 | | |
| Plus: New Indebtedness During the Month | 0 | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | 0 | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| 0 | | | | | |

# BankSouth

www.banksouth.com

24 Hour Telephone Banking Service
(706) 453-1000 or (866) 629-2687

Customer Care Center
(706) 453-2265

Page: 1
10/27/2018

CYCLE-029

CHRISTOPHER POLK
1651 LIGHTHOUSE CIRCLE
GREENSBORO GA  30642

| SIMPLE CHECKING-84 | 3319 | Enclosures | 2 |
|---|---|---|---|
| Beginning balance on September 28, 2018 | | $ | 82.00 |
| Total Deposits and Credits: 5 | | + | 2,700.00 |
| Total Checks and Debits: 20 | | - | 2,619.47 |
| Cycle Service Charge | | - | 0 |
| Ending balance on October 27, 2018 | | $ | 162.53 |

Number of days in this statement period: 30

- ## Account Transactions

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 10/04 | DEPOSIT | | 500.00 |
| 10/05 | CKCD DEBIT  5655  10/04 02:53 HARGRAY 4 EATONTON GA | 103.78 | |
| 10/09 | POS DEBIT  5655  10/07 06:59 T FUEL # 6885 GREENSBORO GA | 4.86 | |
| 10/09 | POS DEBIT  5655  10/07 10:50 T FUEL # 6885 GREENSBORO GA | 4.86 | |
| 10/09 | POS DEBIT  5655  10/09 12:04 NNT FARMERS FEED GREENSBORO GA | 41.73 | |
| 10/09 | POS DEBIT  5655  10/07 11:19 INGLES MARKETS # GREENSBORO GA | 44.93 | |
| 10/09 | POS DEBIT  5655  10/07 11:48 NST THE HOME DEP GREENSBORO GA | 88.23 | |
| 10/09 | CKCD DEBIT  5655  10/07 08:34 FLYING J #633 SILOAM GA | 49.69 | |
| 10/12 | POS DEBIT  5655  10/12 15:13 WAL Wal Mart Super 8 WINDER GA | 47.27 | |
| 10/15 | POS DEBIT  5655  10/13 11:53 NST THE HOME DEP GREENSBORO GA | 5.31 | |
| 10/15 | POS DEBIT  5655  10/13 10:49 T FUEL # 6885 GREENSBORO GA | 25.28 | |
| 10/15 | POS DEBIT  5655  10/13 11:23 INGLES MARKETS # GREENSBORO GA | 36.47 | |
| 10/15 | CKCD DEBIT  5655  10/12 04:47 EATONTON MESSE 706 485 3501 GA | 11.00 | |
| 10/16 | XFER FROM ACCT CK XXXXXXXX9221 AGFOREST LAND AND TIMBER LLC | | 1,000.00 |
| 10/17 | CKCD DEBIT  5655  10/17 09:06 VZWRLSS*MY VZ  800 922 0204 FL | 475.40 | |
| 10/18 | XFER FROM ACCT CK XXXXXXXX9221 | | 400.00 |



24 Hour
Telephone Banking
Service
(706) 453-1000
Member F.D.I.C.

Page:         2
████3319
10/27/2018

CHRISTOPHER POLK
1651 LIGHTHOUSE CIRCLE
GREENSBORO GA  30642

- **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 10/18 | AGFOREST LAND AND TIMBER LLC CKCD DEBIT 5655 10/17 02:22 | 154.13 | |
| 10/18 | PIEDMONT WATER 770 2557984 GA CKCD DEBIT 5655 10/18 08:31 | 390.00 | |
| 10/19 | Georgia Power Norcross GA CKCD DEBIT 5655 10/19 12:29 | 55.39 | |
| 10/22 | RACETRAC051 WATKINSVILLE GA XFER FROM ACCT CK XXXXXXXX9221 | | 150.00 |
| 10/22 | AGFOREST LAND AND TIMBER LLC XFER FROM ACCT CK XXXXXXXX9221 | | 650.00 |
| 10/22 | AGFOREST LAND AND TIMBER LLC POS DEBIT  5655 10/21 11:25 | 128.81 | |
| 10/23 | WAL MART #1363 MADISON GA AC PROG PREMIER     INS | 631.81 | |
| 10/26 | PREMChristopher Polk POS DEBIT  5655 10/26 10:23 | 15.52 | |
|  | NNT FARMERS FEED GREENSBORO GA | | |

- **Check Transactions**

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|
| 501 | 10/17 | 305.00 | | | |

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/27 | 82.00 | 10/04 | 582.00 | 10/05 | 478.22 | 10/09 | 243.92 |
| 10/12 | 196.65 | 10/15 | 118.59 | 10/16 | 1,118.59 | 10/17 | 338.19 |
| 10/18 | 194.06 | 10/19 | 138.67 | 10/22 | 809.86 | 10/23 | 178.05 |
| 10/26 | 162.53 | | | | | | |

```
                              :  TOTAL FOR    :  TOTAL        :
                              :  THIS PERIOD  :  YEAR-TO-DATE :
                              ------------------------------------
: TOTAL OVERDRAFT FEES        :      .00      :      .00      :
                              ------------------------------------
: TOTAL RETURNED ITEM FEES    :      .00      :      .00      :
                              ------------------------------------
```

Account: ███3319
Page: 3

BankSouth
Account Number: ███3319
Name: Christopher Polk
Date: 10/04/18
Total Deposit: $500.00

10/04/2018    $500.00

CHRISTOPHER POLK
1851 LIGHTHOUSE CIRCLE
GREENSBORO, GA 30642
501
Date: 10/15/18
Pay to the order of: Wes Boyer    $305—
Three Hundred Five      Dollars
BankSouth
For:
Signature

10/17/2018    501    $305.00

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this 19th day of November, 2018.

_____
KATHY ENGLISH