# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                          :
                                                :
CHRISTOPHER DAVID POLK,                         : CHAPTER 11
                                                : CASE NO. 18-30913
        Debtor                              :


## DEBTOR'S MONTHLY OPERATING REPORT

for the period

from November 1, 2019 through November 30, 2019


    COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER


| Debtor's address & phone number: | Attorney's address & phone number: |
|---|---|
| 309 Owens Drive | 348 Cotton Avenue, Suite 200 |
| Juliette GA 31046 | Macon, GA 31201 |
| (404) 956-2922 | (478) 742-6481 |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: 18-30913 Polk
Case Number:

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 23,354.01 |  |
| CASH- Beginning of Month (Business) | — |  |
|  |  |  |
| Total Household Receipts | 48,000— |  |
| Total Business Receipts | — |  |
| Total Receipts | 48,000 |  |
|  |  |  |
| Total Household Disbursements | 26,470.14 |  |
| Total Business Disbursements | — |  |
| Total Disbursements | 26,470.14 |  |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 21,529.86 |  |
|  |  |  |
| CASH- End of Month (Individual) | 44,883.87 |  |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 15 day of DEC 20 07

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 23354 9 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 48 000 — |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 48000 — |  |
|  |  |  |
| **CASH DISBURSEMENTS** | 2500 2564 24 |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts | 384 00 |  |
| Household Expenses/Food/Clothing | 744 00 |  |
| Household Repairs & Maintenance |  |  |
| Insurance | 684 36 |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 978 18 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1014 00 | 1227 73 |
| Vehicle Expenses | 341 54 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | (650) |  |
| Professional Fees (Legal, Accounting) | 2700 |  |
| Other (attach schedule) |  |  |
| PURCHASE 4 WHEELER | 4662.21 |  |
| CELL PHONE | 533.60 |  |
| PURCHASED TRUCK | 11,000 — |  |
| **Total Household Disbursements** | 26470 — |  |
|  |  | 44883 87 |
| CASH - End of Month (Must equal reconciled bank statement- |  |  |

MONTHLY OPERATING REPORT - INDIVDUAL                                                      ATTACHMENT

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquent Amount |
| Auto Progressive | 5/21 - 12/21/19 | Month | 0 |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**     **ATTACHMENT N**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | WF | | | |
| Account Number: | | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | CHECK | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 4883.87 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                ATTACHMENT NO

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | WF |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2124 | 11/3 | US TRUSTEE | | 650 |
| 2122 | 11/4 | WES BOYER | LEGAL | 2700 |
| 2123 | 11/7 | BANK SOUTH | TRACTOR PAYOFF | 2125 |
| | | | TOTAL | $5475.50 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT N

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

ATTACHMENT N

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
|  | Month | Month | Month |
| Accounts Payable Beginning Balance* |  |  |  |
| Plus: New Indebtedness During the Month |  |  |  |
| Less: Amount Paid on Acct. Payables in Month |  |  |  |
| Adjustments or WriteOffs** |  |  |  |
| Accounts Payable Ending Balance |  |  |  |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|  |  |  |  |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Num of Payme Past Du |
|  |  |  |  |  |  |

December 12, 2019 ■ Page 2 of 6



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/15 | | Withdrawal Made In A Branch/Store | | 11,000.00 | TRUCK |
| 11/15 | | Purchase authorized on 11/15 Jet Food Store 6 2783 N C Milledgeville GA P00469319666812882 Card 5940 | | 43.46 | |
| 11/15 | | Purchase authorized on 11/15 Publix Super Mar 6320 Lak Greensboro GA P00389319746848321 Card 5940 | | 10.17 | |
| 11/15 | 2122 | Check | | 2,700.00 | |
| 11/15 | | Sheffield Fin Phonedraft Cim 0011-633024 Chris D Polk | | 3,950.69 | 38,375.51 |
| 11/18 | | Purchase authorized on 11/14 Apple.Com/US 800-676-2775 CA S589319169439634 Card 5940 | | 352.03 | |
| 11/18 | | Purchase authorized on 11/16 Ingles Markets Greensboro GA P00000000984077300 Card 5940 | | 34.91 | |
| 11/18 | | Purchase Bank Check OR Draft | | 3,662.21 | 4 WHEE. |
| 11/18 | | Purchase authorized on 11/18 Quiktrip Adairsville GA P00469322679511141 Card 5940 | | 48.96 | 34,277.40 |
| 11/19 | | Purchase authorized on 11/18 Oconee Beverage WA Greensboro GA S309322580251451 Card 5940 | | 32.05 | 34,245.35 |
| 11/20 | | Purchase authorized on 11/18 Priceln*The Chatta 800-7742354 CT S469322684697954 Card 5940 | | 184.97 | |
| 11/20 | | Purchase authorized on 11/18 Public House Resta Chattanooga TN S469322825693942 Card 5940 | | 34.07 | |
| 11/20 | | Purchase authorized on 11/18 Bridgemans Chattanooga TN S309322863540820 Card 5940 | | 313.41 | |
| 11/20 | | Purchase authorized on 11/19 Waffle House 0554 Ringgold GA S309323581784174 Card 5940 | | 30.00 | |
| 11/20 | | Purchase authorized on 11/20 T Fuel # 6885 Greensboro GA P00469324480875212 Card 5940 | | 50.83 | |
| 11/20 | | Purchase authorized on 11/20 Ingles Markets Greensboro GA P00000000581833770 Card 5940 | | 40.04 | 33,592.03 |
| 11/21 | | Purchase authorized on 11/19 Chattanoogan Hotel Chattanooga TN S589322713592035 Card 5940 | | 124.22 | |
| 11/21 | | Purchase authorized on 11/19 Southern Honda Pow Chattanooga TN S309323553192083 Card 5940 | | 1,000.00 | 32,467.81 4 WHE |
| 11/22 | | Purchase authorized on 11/20 Chick-Fil-A #04498 Greensboro GA S469324485858814 Card 5940 | | 5.34 | |
| 11/22 | | Purchase authorized on 11/20 IN *Shooters Den Watkinsville GA S389324592494288 Card 5940 | | 51.50 | |
| 11/22 | | Purchase authorized on 11/21 Popeyes 4448 / 792 Eatonton GA S389325598472729 Card 5940 | | 20.60 | |
| 11/22 | | Purchase authorized on 11/22 Publix Super Mar 6320 Lak Greensboro GA P00469326567419788 Card 5940 | | 200.14 | |
| 11/22 | | Purchase authorized on 11/22 Dollar-General # 1041 Tow Greensboro GA P00309326603997317 Card 5940 | | 23.67 | 32,166.56 |
| 11/25 | | Recurring Payment authorized on 11/21 Vzwrlss*Bill Pay 800-9220204 CA S469325780273288 Card 5940 | | 533.60 | |
| 11/25 | | Purchase authorized on 11/22 Jalisco Mexican Gr Greensboro GA S589326658697731 Card 5940 | | 28.05 | |
| 11/25 | | Purchase authorized on 11/23 Shell Service S Greensboro GA P00000000371065719 Card 5940 | | 54.26 | |
| 11/25 | | Prog Premier Ins Prem 191125 xxxxx1602 Chris Christopher Polk | | 491.21 | |
| 11/25 | 2124 | Check | | 650.00 | 30,409.44 |
| 11/26 | | Purchase authorized on 11/25 Wilhoit Gas Compan 706-4532533 GA S389329815361486 Card 5940 | | 212.93 | |
| 11/26 | | Purchase authorized on 11/26 The Home Depot #8584 Greensboro GA P00309330679346740 Card 5940 | | 31.67 | 30,164.84 |

December 12, 2019 ▫ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/27 | | Purchase authorized on 11/27 Publix Super Mar 6320 Lak Greensboro GA P00389331546042991 Card 5940 | | 14.40 | 30,150.44 |
| 11/29 | | Purchase authorized on 11/26 Chick-Fil-A #04498 Greensboro GA S389330883198131 Card 5940 | | 17.12 | |
| 11/29 | | Purchase authorized on 11/27 Lake Oconee Ace Ha Eatonton GA S589331629365738 Card 5940 | | 28.55 | |
| 11/29 | | Purchase authorized on 11/27 Hargray 877-427-4729 SC S389331669590992 Card 5940 | | 124.60 | |
| 11/29 | | Purchase authorized on 11/27 Piedmont Water Com 770-2557984 GA S389331675261817 Card 5940 | | 64.47 | |
| 11/29 | | Purchase authorized on 11/29 American Eagle Athens GA P00000000739800351 Card 5940 | | 81.52 | |
| 11/29 | | Purchase authorized on 11/29 Trader Joe's #736 Athens GA P00469333740872929 Card 5940 | | 68.95 | 29,765.23 |
| 12/2 | | Purchase authorized on 11/28 Chewy.Com 800-672-4399 FL S469333009040491 Card 5940 | | 6.41 | |
| 12/2 | | Purchase authorized on 11/28 Chewy.Com 800-672-4399 FL S629334547381641 Card 5940 | | 38.43 | |
| 12/2 | | Purchase authorized on 11/29 Georgia Child Supp 844-5775649 FL S589333612077160 Card 5940 | | 2,564.04 | |
| 12/2 | | Purchase authorized on 11/29 Rafferty's #59 - A 706-6130045 GA S309333678306012 Card 5940 | | 56.10 | |
| 12/2 | | Purchase authorized on 11/29 Lululemoncom* 877-263-9300 CA S389334006844768 Card 5940 | | 41.73 | |
| 12/2 | | Purchase authorized on 12/01 Lowe's #1958 Madison GA P00469335654853636 Card 5940 | | 115.39 | |
| 12/2 | | Purchase authorized on 12/01 Flying J #633 Siloam GA P00389335705237718 Card 5940 | | 53.00 | |
| 12/2 | | Purchase authorized on 12/01 The Home Depot #8584 Greensboro GA P00309335735161687 Card 5940 | | 55.58 | |
| 12/2 | 2133 | Check | | 110.00 | 26,724.55 |
| 12/3 | | Purchase authorized on 11/29 Tarte, Inc. 855-9682783 NY S309334002952670 Card 5940 | | 40.45 | |
| 12/3 | | Purchase authorized on 11/30 Deckers*Ugg 888-432-8530 CA S469335109427241 Card 5940 | | 166.91 | |
| 12/3 | | Purchase authorized on 12/01 Krystal Madison GA S309335622976065 Card 5940 | | 15.45 | |
| 12/3 | | Purchase authorized on 12/03 The Home Depot #8584 Greensboro GA P00309337586667892 Card 5940 | | 85.45 | |
| 12/3 | | Purchase authorized on 12/03 Walgreens Store 202 North Greensboro GA P00589337596325316 Card 5940 | | 17.64 | |
| 12/3 | | Purchase authorized on 12/03 Ingles Markets Greensboro GA P00000000872665839 Card 5940 | | 76.67 | |
| 12/3 | 2132 | Check | | 1,000.00 | 25,321.98 |
| 12/4 | | Purchase authorized on 11/30 Ghd 909-563-4967 CA S469335202402431 Card 5940 | | 161.85 | |
| 12/4 | | Purchase authorized on 12/03 Lululemoncom* 877-263-9300 CA S589337332353033 Card 5940 | | 41.73 | |
| 12/4 | | Purchase authorized on 12/04 Publix Super Mar 6320 Lak Greensboro GA P00589338811500283 Card 5940 | | 80.43 | 25,037.97 |
| 12/5 | | Purchase authorized on 12/04 Georgia Dental All Greensboro GA S469338668641967 Card 5940 | | 472.50 | |
| 12/5 | | Purchase authorized on 12/05 Ingles Markets Greensboro GA P00000000874555690 Card 5940 | | 12.82 | |
| 12/5 | | Purchase authorized on 12/05 Publix Super Mar 6320 Lak Greensboro GA P00389339803444379 Card 5940 | | 17.65 | |
| 12/5 | | Purchase authorized on 12/05 The Home Depot #8584 Greensboro GA P00589339804232722 Card 5940 | | 40.03 | 24,494.97 |
| 12/6 | | Purchase authorized on 12/02 Bcy*Backcountry.CO 800-409-4502 UT S389337017817532 Card 5940 | | 208.22 | |
| 12/6 | | Purchase authorized on 12/06 Publix Super Mar 6320 Lak Greensboro GA P00469340623218600 Card 5940 | | 55.67 | 24,231.08 |



*Transaction history* (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | | Purchase authorized on 12/02 Llbean-Direct 800-341-4341 ME S469837024993092 Card 5940 | | 296.18 | |
| 12/9 | | Purchase authorized on 12/02 Shoes.Com 888-200-8414 MA S309337077625873 Card 5940 | | 96.25 | |
| 12/9 | | Purchase authorized on 12/02 Adidas US Online S 800-9829337 S309337150077987 Card 5940 OR | | 25.68 | |
| 12/9 | | Purchase authorized on 12/06 National General 888-781-0585 OR S309340437722232 Card 5940 | | 15.00 | |
| 12/9 | | Purchase authorized on 12/06 National General 888-781-0585 OR S589340437786457 Card 5940 | | 178.15 | |
| 12/9 | | Purchase authorized on 12/07 Adidas US Online S 800-9829337 OR S589341784375875 Card 5940 | | 26.75 | |
| 12/8 | | Purchase authorized on 12/07 Lifeisgood.Com 603-5946100 NH S309335141508826 Card 5940 | | 59.92 | 23,533.15 |
| 12/12 | | Edeposit IN Branch/Store 12/12/19 03:15:50 PM 1020 Exchange SI Greensboro GA | 6,100.00 | | |
| 12/12 | | Purchase authorized on 12/10 Shoes.Com 888-200-8414 MA S309344505060610 Card 5940 | | 149.75 | |
| 12/12 | | Purchase authorized on 12/11 Zapiens Salon Greensboro GA S469345550622997 Card 5940 | | 40.00 | |
| 12/12 | | Purchase authorized on 12/12 Farmers Feed & Seed Greensboro GA P00000000717061146 Card 5940 | | 60.63 | |
| 12/12 | | Purchase authorized on 12/12 Ingles Markets Greensboro GA P00000002765064521 Card 5940 | | 287.60 | 29,094.97 |
| Ending balance on 12/12 | | | | | 29,094.97 |
| Totals | | | $6,100.00 | $33,084.86 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2122 | 11/15 | 2,700.00 | 2132 * | 12/3 | 1,000.00 | 2133 | 12/2 | 110.00 |
| 2124 * | 11/25 | 650.00 | | | | | | |

* Gap in check sequence.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/15/2019 - 12/12/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $23,533.15 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 65 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| Monthly service fee discount(s) (applied when box is checked) | | |
| Age of primary account owner is 17 - 24 ($10.00 discount) | ☐ | |

November 14, 2019 ￭ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Purchase authorized on 10/31 Wal-Mart #1363 Madison GA P00000000682383250 Card 5940 | | 74.36 | 14,460.44 |
| 11/1 | | Purchase authorized on 10/30 Georgia Child Supp 844-5775649 FL S309303812892843 Card 5940 | | 2,564.04 | 11,896.40 |
| 11/7 | | Deposit | 13,500.00 | | |
| 11/7 | | Purchase authorized on 11/06 National General 888-781-0585 OR S309310344031039 Card 5940 | | 15.00 | |
| 11/7 | | Purchase authorized on 11/06 National General 888-781-0585 OR S589310344049489 Card 5940 | | 178.15 | |
| 11/7 | | Purchase authorized on 11/07 Publix Super Mar 6320 Lak Greensboro GA P00309311671035946 Card 5940 | | 6.04 | |
| 11/7 | 2123 | Check | | 2,125.58 | 23,071.63 |
| 11/8 | | Purchase authorized on 11/07 Scopelist 866-2717212 PA S309311712016419 Card 5940 | | 438.64 | 22,632.99 |
| 11/12 | | Purchase authorized on 11/09 Flying J #633 Siloam GA P00469313594564386 Card 5940 | | 47.33 | |
| 11/12 | | Purchase authorized on 11/11 The Home Depot #8584 Greensboro GA P00389315568092803 Card 5940 | | 19.22 | |
| 11/12 | | Purchase authorized on 11/12 Ingles Markets Greensboro GA P00000000577711665 Card 5940 | | 140.72 | 22,425.72 |
| 11/13 | | Edeposit IN Branch/Store 11/13/19 11:13:05 Am 1020 Exchange St Greensboro GA | 9,700.00 | | |
| 11/13 | | Purchase authorized on 11/11 Chick-Fil-A #04498 Greensboro GA S389315575913893 Card 5940 | | 11.00 | |
| 11/13 | | Purchase authorized on 11/13 Ingles Markets Greensboro GA P00000000073579234 Card 5940 | | 53.31 | |
| 11/13 | | Purchase authorized on 11/13 T Fuel # 6885 Greensboro GA P00309317690432029 Card 5940 | | 45.00 | |
| 11/13 | | Purchase authorized on 11/13 Moons Supermarket Greensboro GA P00000000673965890 Card 5940 | | 5.05 | 32,011.36 |
| 11/14 | | Edeposit IN Branch/Store 11/14/19 10:59:26 Am 1020 Exchange St Greensboro GA | 24,800.00 | | |
| 11/14 | | Purchase authorized on 11/12 Dish Network-One T 800-333-3474 CO S389316580922336 Card 5940 | | 224.15 | |
| 11/14 | | Purchase authorized on 11/12 Fsi*Gapower Local 866-702-1864 GA S309317074194707 Card 5940 | | 491.51 | |
| 11/14 | | Purchase authorized on 11/14 Ingles Markets Greensboro GA P00000000682955221 Card 5940 | | 15.87 | 56,079.83 |
| **Ending balance on 11/14** | | | | | **56,079.83** |
| **Totals** | | | **$68,000.00** | **$16,541.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2114 | 10/15 | 850.00 | 2119 | 10/28 | 3,000.00 | 2123 * | 11/7 | 2,125.58 |
| 2117 * | 10/24 | 143.54 | 2120 | 10/30 | 200.00 | 2131 * | 10/30 | 100.00 |
| 2118 | 10/28 | 600.00 | 2121 | 10/30 | 1,250.00 | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Sheet Seq = 0014361
Sheet 00002 of 00003

October 11, 2019 ▫ Page 3 of 5



---

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/7 | | Purchase authorized on 10/05 Farmers Feed & Seed Greensboro GA P00000000474018306 Card 5940 | | 158.36 | |
| 10/7 | | Purchase authorized on 10/05 Publix Super Mar 6320 Lak Greensboro GA P00389278617199013 Card 5940 | | 68.42 | |
| 10/7 | | Purchase authorized on 10/05 Oconee Crossroads LLC Greensboro GA P00000000780843014 Card 5940 | | 59.99 | |
| 10/7 | | Purchase authorized on 10/06 National General 888-781-0585 OR S309279308365788 Card 5940 | | 15.00 | |
| 10/7 | | Purchase authorized on 10/06 National General 888-781-0585 OR S469279308378390 Card 5940 | | 178.15 | |
| 10/7 | | Purchase authorized on 10/06 Raceway6905 Madison GA P00309279573399780 Card 5940 | | 20.65 | |
| 10/7 | | Purchase authorized on 10/06 Southern Seafood Decatur GA P00389279604742439 Card 5940 | | 23.89 | |
| 10/7 | | Purchase authorized on 10/07 Ingles Markets Greensboro GA P00000000881319608 Card 5940 | | 11.52 | |
| 10/7 | | Purchase authorized on 10/07 Oconee Crossroads LLC Greensboro GA P00000000572335909 Card 5940 | | 41.70 | 6,342.12 |
| 10/8 | | Purchase authorized on 10/08 Economy Tire of Milledgev Milledgeville GA P00389281513069256 Card 5940 | | 147.98 | |
| 10/8 | | Purchase authorized on 10/08 Wal-Mart #1121 Milledgeville GA P00000000584237714 Card 5940 | | 31.32 | |
| 10/8 | | Purchase authorized on 10/08 Jet Food Store 6 2783 N C Milledgeville GA P00389281525097964 Card 5940 | | 33.11 | |
| 10/8 | | Purchase authorized on 10/08 The Home Depot #8584 Greensboro GA P003092816236968438 Card 5940 | | 12.50 | 6,117.21 |
| 10/9 | | Purchase authorized on 10/09 Ingles Markets Greensboro GA P00000000374038428 Card 5940 | | 19.98 | |
| 10/9 | | Purchase authorized on 10/09 T Fuel # 6885 Greensboro GA P00589282766949737 Card 5940 | | 35.72 | 6,061.51 |
| 10/10 | | Purchase authorized on 10/08 Subway 0018 Greensboro GA S589281547851168 Card 5940 | | 10.68 | |
| 10/10 | | Purchase authorized on 10/10 The Home Depot #8584 Greensboro GA P00469283661823426 Card 5940 | | 64.59 | |
| 10/10 | | Purchase authorized on 10/10 Publix Super Mar 6320 Lak Greensboro GA P00469283780564264 Card 5940 | | 10.65 | |
| 10/10 | | Purchase authorized on 10/10 Publix Super Mar 6320 Lak Greensboro GA P00589283787848736 Card 5940 | | 32.38 | |
| 10/10 | | Purchase authorized on 10/10 Oconee Crossroads LLC Greensboro GA P00000000335473493 Card 5940 | | 28.09 | |
| 10/10 | 2116 | Check | | 1,250.00 | 4,665.12 |
| 10/11 | 2130 | Check | | 43.50 | 4,621.62 |
| **Ending balance on 10/11** | | | | | **4,621.62** |
| Totals | | | **$13,000.00** | **$8,820.68** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

---

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2113 | 10/1 | 600.00 | 2116 | 10/10 | 1,250.00 | 2130 | 10/11 | 43.50 |
| 2115 * | 10/3 | 75.00 | 2129 * | 10/1 | 71.25 | | | |

* Gap in check sequence.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this 18th day of December, 2019.

_Kathy English_
KATHY ENGLISH