**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 18-30913-JPS** |
| **CHRISTOPHER DAVID POLK** ) | |
| ) | **Chapter 11** |
| **Debtor** ) | |
| ) | |

### NOTICE OF HEARING

THE UNITED STATES TRUSTEE HAS FILED DOCUMENTS WITH THE COURT TO CONVERT THE CASE TO A CASE UNDER CHAPTER 7, OR IN THE ALTERNATIVE, DISMISS THE CASE.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to convert the case to a case under chapter 7, or in the alternative, dismiss the case or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on

**November 24, 2020 at 11:00 a.m. at United States Bankruptcy Court, U.S. Courthouse and Post Office, 115 East Hancock Avenue, Athens, Georgia 30601**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1 and 9007-1.

This 2nd day of October, 2020.

                                                          Respectfully submitted,

                                                          NANCY J. GARGULA
                                                          United States Trustee

                                                By: /s/Elizabeth A. Hardy

| | |
|---|---|
| Office of the United States Trustee | Elizabeth A. Hardy |
| 440 Martin Luther King Jr. Blvd., Suite 302 | Assistant United States Trustee |
| Macon, GA 31201    (478) 752-3544 | KY Bar No. 82701 |
| elizabeth.a.hardy@usdoj.gov | |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-30913-JPS |
| **CHRISTOPHER DAVID POLK** ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

**MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE**

Nancy J. Gargula, United States Trustee for Region 21 ("United States Trustee"), through the undersigned counsel, pursuant to 11 U.S.C. §1112, files this motion and represents:

1.

On August 30, 2018, **CHRISTOPHER DAVID POLK** (herein "the Debtor") filed for relief under Chapter 11 of the Bankruptcy Code.

2.

The Debtor has been in bankruptcy over two years and has not proposed a disclosure statement or plan for consideration by his creditors and for confirmation by the Court. Failure to file a disclosure statement or to file a plan, within the time fixed by this title may constitute cause for dismissal or conversion of a case under 11 U.S.C. § 1112(b)(4)(J). *In Re Brooks*, 488 B.R. 483, 490 (Bankr. N.D.Ga. 2013) (the filing of a plan of reorganization is "central" to successful Chapter 11 cases, for a plan is the framework for the debtor's reorganization and successful exit from bankruptcy, and as such, a debtor cannot wallow in Chapter 11, indefinitely).

3.

Failure of the Debtor to comply with the basic requirements of the Bankruptcy Code is a clear indication that the Debtor is unwilling or unable to fulfill his obligations in exchange for the benefit of the protection afforded to him by the filing. This failure to file a Plan after enjoying the protections of the bankruptcy filing for over 2 years indicates an inability to reorganize his financial situation for the benefit of his creditors and constitutes cause for conversion or dismissal of the case under 11 U.S.C. §1112(b).

WHEREFORE, the United States Trustee prays this Court find that cause exists pursuant to 11 U.S.C. §1112(b) and CONVERT or DISMISS this case.

IN ADDITION, the United States Trustee prays for such other and further relief as the Court may find appropriate.

Date:   October 2, 2020.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

By: /s/Elizabeth A. Hardy

Office of the United States Trustee
440 Martin Luther King Jr. Blvd., Suite 302
Macon, GA 31201          (478) 752-3544
elizabeth.a.hardy@usdoj.gov

Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing pleadings titled **NOTICE OF HEARING and MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Christopher David Polk
1651 Lighthouse Circle
Greensboro, GA 30642

Wesley J. Boyer
Attorney for Debtor
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA   31201

And all parties of interest on the attached list of creditors.

      This 2nd day of October, 2020.

|  |  |
|---|---|
| Office of the United States Trustee | By: /s/Elizabeth A. Hardy |
| 440 Martin Luther King Jr. Blvd., Suite 302 | Elizabeth A. Hardy |
| Macon, GA 31201    (478) 752-3544 | Assistant United States Trustee |
| elizabeth.a.hardy@usdoj.gov | KY Bar No. 82701 |

```
Label Matrix for local noticing          Bank South                               Brown Timber and Logging, Inc. and Cleve Lam
113G-3                                   P.O. Box 1499                            1223 George C. Wilson Drive
Case 18-30913                            Watkinsville, GA 30677-0030              Augusta, GA 30909-4502
Middle District of Georgia
Athens
Fri Oct  2 15:25:21 EDT 2020

Colonial Funding Network, Inc. as servicing   Wells Fargo Auto                    3
c/o Justan C. Bounds                          Bankruptcy Dept                     433 Cherry Street
Carlton Fields                                PO BOX 130000                       P.O. Box 1957
1201 West Peachtree Street                    Raleigh, NC 27605-1000              Macon, GA 31202-1957
Suite 3000
Atlanta, GA 30309-3455

AgForest, LLC                            Ally Financial                           Anthony Mauriello
2941 Lake Oconee Parkway                 200 Renaissance Center                   Maurielle Enterprise
Greensboro, GA 30642-3307                Detroit, MI 48243-1300                   16 Driggs Street
                                                                                  Staten Island, NY 10308-3234


Brown Timber & Logging, Inc. and         Brown Timber and Logging, Inc. et al     CCS/Bryant State Bank
Cleve Lamb d/b/a Lamb Logging            c/o Nathan Huff                          500 E. 60th Street, North
c/o Nathan Huff, Esq.                    1223 George C. Wilson Dr                 Sioux Falls, SD 57104-0478
228 Baston Road                          Augusta, GA 30909-4502
Augusta, GA 30907-1922


Chase Mortgage                           Colonial Funding Network, Inc.           Colonial Funding Network, Inc.
PO Box 15153                             120 West 45th Street, 4th Floor          Servicing Provider for
Des Moines, IA 19668-5153                New York, NY 10036-4041                  c/o Jennifer Bolland
                                                                                  1501 Broadway, Suite 1515
                                                                                  New York, NY 10036-5505


Credit One Bank, NA                      Directv, LLC                             Dish Network
PO Box 98875                             by American InfoSource as agent          PO Box 105169
Las Vegas, NV 89193-8875                 PO Box 5008                              Atlanta, GA 30348-5169
                                         Carol Stream, IL  60197-5008


(p)FIRST SAVINGS BANK                    Ford Motor Credit                        (p)FORD MOTOR CREDIT COMPANY
PO BOX 5096                              PO Box 542000                            P O BOX 62180
SIOUX FALLS SD 57117-5096                Omaha, NE 68154-8000                     COLORADO SPRINGS CO 80962-2180


Ford Motor Credit Company, LLC           Ford Motor Credit Company, LLC           (p)GEORGIA DEPARTMENT OF REVENUE
c/o Emmett L. Goodman, Jr.               c/o Levine & Block, LLC                  COMPLIANCE DIVISION
544 Mulberry Street, Suite 800           Ronald A. Levine , Esq.                  ARCS BANKRUPTCY
Macon, GA 31201-8261                     P.O. Box 422148                          1800 CENTURY BLVD NE SUITE 9100
                                         Atlanta, GA 30342-9148                   ATLANTA GA 30345-3202


Internal Revenue Service                 Internal Revenue Service                 (p)JPMORGAN CHASE BANK  N A
Centralized Insolvency Operations        PO Box 7346                              BANKRUPTCY MAIL INTAKE TEAM
PO Box 7346                              Philadelphia, PA 19101-7346              700 KANSAS LANE FLOOR 01
Philadelphia, PA 19101-7346                                                       MONROE LA 71203-4774


JPMorgan Chase Bank, National Association     JPMorgan Chase Bank, National Association Ba   Jennifer Toomey
c/o McCALLA RAYMER LEIBERT PIERCE, LLC        Mail Code LA4-5555                             1651 Lighthouse Circle
Bankruptcy Department                         700 Kansas Lane                                Greensboro, GA 30642-5444
1544 Old Alabama Road                         Monroe, LA 71203-4774
Roswell, GA 30076-2102
```

| | | |
|---|---|---|
| Jill Polk<br>1590 Alvecote Court<br>Cumming, GA 30041-9353 | Katherine Crowley<br>c/o Fortson, Bentley and Griffin, P.A.<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, Georgia 30606-6178 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>c/o Resurgent Cap.<br>PO Box 10368<br>Greenville, SC 29603-0368 | Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Navient CFC<br>c/o Navient Solutions, Inc.<br>PO Box 9640<br>Wilkes Barre, PA 18773-9640 | Office of U.S. Trustee<br>c/o Elizabeth A. Hardy<br>Assistant U.S. Trustee<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rise<br>4150 International Plaza<br>Fort Worth, TX 76109-4892 | Sheffied Financial Co.<br>2554 Lewisville<br>Clemmons, NC 27012 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC  27894-1847 |
| Tech Tower Prop., LLC<br>c/o Marcadis Singer, PA<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | Verizon<br>PO Box 4001<br>Acworth, GA 30101-9002 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Wells Fargo Bank<br>d/b/a Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 |
| Woods Scrubbing Bubbles, Inc.<br>d/b/a Servpro of Athens<br>c/o Horne Law Firm, PC<br>4385 Kimball Bridge Road, Suite 100<br>Alpharetta, GA 30022-4474 | Christopher David Polk<br>1651 Lighthouse Circle<br>Greensboro, GA 30642-5444 | Katherine Crowley<br>c/o Fortson, Bentley & Griffin, P.A.<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606-6178 |
| Wesley J. Boyer<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FSB Blaze<br>5501 S. Broadband Lane<br>Sioux Falls, SD 57108 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit  MI, 48255-0953 | Georgia Department of Revenue<br>Bankrkuptcy Section<br>1800 Century Boulevard, NE, Suite 17200<br>Atlanta, GA 30345 |

(d)Georgia Department of Revenue
Central Collections Section
1800 Century Blvd NE., Suite 9100
Atlanta, GA 30345

JPMorgan Chase Bank, National Association
Bankruptcy Department
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ford Motor Credit Company, LLC, A Delaware

(u)JPMorgan Chase Bank, National Association

(d)Bank South
PO Box 1499
Watkinsville, GA 30677-0030


End of Label Matrix
Mailable recipients     51
Bypassed recipients      3
Total                   54