**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

IN RE: :
:
CHRISTOPHER DAVID POLK, : CHAPTER 11
: CASE NO. 18-30913
Debtor :

**DEBTOR'S MONTHLY OPERATING REPORT**

for the period

from October 1, 2020 through October 31, 2020

COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

WESLEY J. BOYER

Debtor's address & phone number:
1651 Lighthouse Circle
Greensboro GA 30642
(404) 956-2922

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: | Doyle |
| Case Number: | 18-30913 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 27100.85 | |
| CASH- Beginning of Month (Business) | — | |
| | | |
| Total Household Receipts | 5000 | |
| Total Business Receipts | — | |
| Total Receipts | 5000 | |
| | | |
| Total Household Disbursements | 11759.25 | |
| Total Business Disbursements | — | |
| Total Disbursements | 11759.25 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -6759.25 | |
| | | |
| CASH- End of Month (Individual) | 20341.60 | |
| CASH- End of Month (Business) | | |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 18 day of 11 2020

[signature]
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 27100.85 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 5000 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 5000.— | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 3589.04 | |
| Charitable Contributions | 19 | |
| Gifts | [illegible] | |
| Household Expenses/Food/Clothing | 2712.87 | |
| Household Repairs & Maintenance | 1215.34 | |
| Insurance | ~~[illegible]~~ | 689.22 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1491.08 | |
| Vehicle Expenses | 810.48 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | 1000.— | |
| Other (attach schedule) | | |
| OFFICE | 198.— | |
| EMAIL | 59.22 | |
| | | |
| **Total Household Disbursements** | 11759.25 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | | |

2353.70

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | WF | | | |
| Account Number: | [redacted]2092 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | CHECK | | | |
| | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/23 | | Purchase authorized on 09/21 Midwayusa Com 800-2433220 MO S380265687344381 Card 5590 | | 45.00 | |
| 9/23 | | Purchase authorized on 09/22 Oconee Beverage WA Greensboro GA S580266762048851 Card 5590 | | 88.65 | |
| 9/23 | | Purchase authorized on 09/23 Farmers Feed & Seed Greensboro GA P00000000775929913 Card 5590 | | 144.18 | |
| 9/23 | | Purchase authorized on 09/23 Farmers Feed & Seed Greensboro GA P00000000734009355 Card 5590 | | 101.38 | 28,691.36 |
| 9/24 | | Purchase authorized on 09/24 Farmers Feed & Seed Greensboro GA P00000000281741627 Card 5590 | | 134.55 | 28,556.81 |
| 9/25 | | Purchase authorized on 09/23 Amzn Mktp US*M44Rt Amzn.Com/Bill WA S580267814765430 Card 5590 | | 42.75 | |
| 9/25 | | Recurring Payment authorized on 09/23 Moultrie Mobile Httpswww.Moul AL S580268111230558 Card 5590 | | 18.18 | |
| 9/25 | | Purchase authorized on 09/24 Greensboro Tire Greensboro GA S460268487491673 Card 5590 | | 24.27 | |
| 9/25 | | Purchase authorized on 09/24 Sq *Southern Trace Greensboro GA S460268540880080 Card 5590 | | 85.24 | |
| 9/25 | | Purchase authorized on 09/24 Greensboro Tire Greensboro GA S580268672199014 Card 5590 | | 10.00 | |
| 9/25 | | Purchase authorized on 09/25 Sams Club Sam's Club Bogart GA P00000000272714364 Card 5590 | | 255.77 | |
| 9/25 | | Purchase authorized on 09/25 Samsclub #8194 Bogart GA P00000000272717151 Card 5590 | | 21.88 | 28,098.72 |
| 9/28 | | Recurring Payment authorized on 09/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S380268851087679 Card 5590 | | 253.97 | |
| 9/28 | | Recurring Payment authorized on 09/24 Moultrie Mobile Httpswww.Moul AL S300269109262867 Card 5590 | | 17.57 | |
| 9/28 | | Purchase authorized on 09/25 Los Cazadores 830-3345959 TX S580269436952050 Card 5590 | | 159.99 | |
| 9/28 | | Purchase authorized on 09/25 Georgia Child Supp 844-5775649 FL S580269466918555 Card 5590 | | 3,589.04 | |
| 9/28 | | Purchase authorized on 09/25 Raffertys #59 - at 706-6130045 GA S380269602798396 Card 5590 | | 27.44 | |
| 9/28 | | Purchase authorized on 09/25 Oconee Beverage WA Greensboro GA S580269684109772 Card 5590 | | 61.25 | |
| 9/28 | | Purchase authorized on 09/25 WWW Gunbroker Com 720-223-0164 GA S380269830245731 Card 5590 | | 228.66 | |
| 9/28 | | Purchase authorized on 09/27 AL - Rehmat LLC Greensboro GA S300271657939137 Card 5590 | | 15.59 | 23,745.21 |
| 9/29 | | Purchase authorized on 09/29 Mary Gray Hwy 1 Macon GA P00000000377341021 Card 5590 | | 28.81 | |
| 9/29 | | Purchase authorized on 09/29 The Home Depot #8584 Greensboro GA P00460273661374826 Card 5590 | | 4.69 | 23,711.71 |
| 9/30 | | Purchase authorized on 09/29 Bojangles #1258 Macon GA S460273568859315 Card 5590 | | 6.73 | 23,704.98 |
| 10/1 | | Purchase authorized on 09/30 Sq *Nutrition and Gosq.Com TN S300274455836016 Card 5590 | | 37.35 | |
| 10/1 | | Purchase authorized on 09/30 AL - Rehmat LLC Greensboro GA S300274630232632 Card 5590 | | 20.18 | 23,647.45 |
| 10/2 | | Recurring Payment authorized on 09/30 Geico *Auto 800-841-3000 DC S460275205009273 Card 5590 | | 435.52 | |
| 10/2 | | Purchase authorized on 10/02 Publix Super Mar 6320 Lak Greensboro GA P00380276539067065 Card 5590 | | 127.05 | 23,084.88 |
| 10/5 | | Purchase authorized on 10/01 Servcorp US 212-2208514 GA S380275531619276 Card 5590 | | 198.00 | |
| 10/5 | | Purchase authorized on 10/01 Amazon.Com*Mk72A2A Amzn.Com/Bill WA S380276018088973 Card 5590 | | 25.66 | |
| 10/5 | | Purchase authorized on 10/03 Waffle House 0799 Greensboro GA S460277608944487 Card 5590 | | 31.15 | |
| 10/5 | | Purchase authorized on 10/03 Autozone 6168 2500 Old E Greensboro GA P00460277613223411 Card 5590 | | 11.76 | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/5 | | Purchase authorized on 10/04 Oconee Beverage WA Greensboro GA S460278716854777 Card 5590 | | 10.65 | |
| 10/5 | | Purchase authorized on 10/05 The Home Depot #8584 Greensboro GA P00380279481775799 Card 5590 | | 28.74 | |
| 10/5 | | Purchase authorized on 10/05 Ingles Markets Greensboro GA P00000000277520960 Card 5590 | | 28.80 | 22,750.12 |
| 10/6 | | Purchase authorized on 10/04 Walmart.Com Ay 800-966-6546 AR S380278768633976 Card 5590 | | 39.03 | |
| 10/6 | | Recurring Payment authorized on 10/05 Hims & Hers Health Forhims.Com CA S380279292030798 Card 5590 | | 35.00 | |
| 10/6 | | Purchase authorized on 10/06 T Fuel # 6885 Greensboro GA P00300280503877072 Card 5590 | | 45.55 | |
| 10/6 | | Purchase authorized on 10/06 Oconee Fast Lube. Greensboro GA P00000000087200198 Card 5590 | | 60.74 | |
| 10/6 | | Purchase authorized on 10/06 Bp#1971654Sav-A Eatonton GA P00000000579850685 Card 5590 | | 6.79 | |
| 10/6 | | Nglc 888-7810585 Payment Oct 01 33816892 Christopher Polk | | 233.70 | 22,329.31 |
| 10/7 | | Purchase authorized on 10/05 Ashley Auto Parts Greensboro GA S460279509799554 Card 5590 | | 21.91 | |
| 10/7 | | Purchase authorized on 10/06 Old Hudson Plantat Sparta GA S300280575726020 Card 5590 | | 45.00 | 22,262.40 |
| 10/8 | | Purchase authorized on 10/06 Pradco Outdoor Bra 479-782-8971 AL S380281142414366 Card 5590 | | 256.78 | |
| 10/8 | | Purchase authorized on 10/08 Ingles Markets Greensboro GA P00000000574366041 Card 5590 | | 58.18 | 21,947.44 |
| 10/9 | | Recurring Payment authorized on 10/08 Dnh*Godaddy.Com 480-5058855 AZ S580282449120666 Card 5590 | | 54.22 | |
| 10/9 | | Purchase authorized on 10/08 Oconee Beverage WA Greensboro GA S460282750687199 Card 5590 | | 41.45 | |
| 10/9 | | Purchase authorized on 10/09 The Home Depot #8584 Greensboro GA P00460283587083379 Card 5590 | | 4.69 | |
| 10/9 | | Purchase authorized on 10/09 Publix Super Mar 6320 Lak Greensboro GA P00460283644439252 Card 5590 | | 55.18 | 21,791.90 |
| 10/13 | | Purchase authorized on 10/08 Walmart.Com Av 800-966-6546 AR S300282791579238 Card 5590 | | 25.81 | |
| 10/13 | | Purchase authorized on 10/08 Walmart.Com Av 800-966-6546 AR S300282791579238 Card 5590 | | 87.13 | |
| 10/13 | | Purchase authorized on 10/08 Moultrie Mobile 833-8091768 AL S380283109392076 Card 5590 | | 17.59 | |
| 10/13 | | Purchase authorized on 10/09 Chick-Fil-A #04498 Greensboro GA S300283622017630 Card 5590 | | 8.72 | |
| 10/13 | | Purchase authorized on 10/09 Tst* Georgia Butts Eatonton GA S300283649928401 Card 5590 | | 9.84 | |
| 10/13 | | Purchase authorized on 10/09 Ritzcarltonshops.C 800-311-0708 NJ S580284016650889 Card 5590 | | 165.27 | |
| 10/13 | | Purchase authorized on 10/09 Sq *David E. Ghatt 877-417-4551 GA S300284058079468 Card 5590 | | 1,000.00 | |
| 10/13 | | Purchase authorized on 10/10 Waffle House 0799 Greensboro GA S380284556867825 Card 5590 | | 21.82 | |
| 10/13 | | Purchase authorized on 10/10 Ingles Markets Greensboro GA P00000000476488335 Card 5590 | | 6.81 | |
| 10/13 | | Purchase authorized on 10/11 Dish Network-One T 800-333-3474 CO S460285627516371 Card 5590 | | 228.48 | |
| 10/13 | | Purchase authorized on 10/11 Oconee Beverage WA Greensboro GA S380285722850234 Card 5590 | | 33.95 | |
| 10/13 | | Purchase authorized on 10/12 Cvs/Pharmacy #08 08424--6 Greensboro GA P00380285532989808 Card 5590 | | 9.89 | |
| 10/13 | | Purchase authorized on 10/12 Subway 18550 Greensboro GA S580285542862390 Card 5590 | | 17.55 | |
| 10/13 | | Purchase authorized on 10/12 Shell Service Station Greensboro GA P00460286545046326 Card 5590 | | 39.97 | |

T&E

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/13 | | Purchase authorized on 10/12 Ingles Markets Greensboro GA P00000000472068648 Card 5590 | | 28.80 | |
| 10/13 | | Purchase authorized on 10/12 Choice Ammunition 406-9616942 MT S460286759106893 Card 5590 | | 141.85 | 19,948.42 |
| **Ending balance on 10/14** | | | | | **19,948.42** |
| **Totals** | | | **$0.00** | **$16,728.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 2285 | 9/18 | 1,200.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/15/2020 - 10/14/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $19,948.42 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 92 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account will be waived beginning November 9, 2020 for nine consecutive fee periods.**
If you have converted or choose to convert this Everyday Checking account to another checking account type at any time, this waiver will not be applied to that account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply.

On this statement, we've included another important message describing changes we are making to the current options to avoid the monthly service fee for Everyday Checking. Please review that message for details. Your monthly service fee summary will include information on the fee periods remaining for the waiver as you get closer to the expiration and options to avoid the monthly service fee. After the monthly service fee has been waived for nine consecutive fee periods, you'll need to start meeting one of the options to avoid the monthly service fee.

Thank you for being a valuable customer. If you have any questions about this change, please contact your local banker or call the number listed on your statement. Please note the Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/15 | | Purchase authorized on 10/14 Sq *Southern Trace Greensboro GA S380288499899037 Card 5590 | | 88.00 | 19,860.42 |
| 10/16 | | Purchase authorized on 10/14 Moultrie Mobile 833-9091768 AL S580289109168250 Card 5590 | | 5.79 | |
| 10/16 | | Recurring Payment authorized on 10/15 Hargray 877-427-4729 SC S380289544647816 Card 5590 | | 143.64 | |
| 10/16 | | Purchase authorized on 10/16 Ingles Markets Greensboro GA P00000000771865572 Card 5590 | | 47.56 | |
| 10/16 | | Purchase authorized on 10/16 Publix Super Mar 6320 Lak Greensboro GA P00380290646409691 Card 5590 | | 6.31 | |
| 10/16 | | Purchase authorized on 10/16 Bp#1971654Sav-A Eatonton GA P00000000185198703 Card 5590 | | 42.38 | 19,614.74 |
| 10/19 | | Purchase authorized on 10/15 Amzn Mktp US*2T9CI Amzn.Com/Bill WA S460289758739443 Card 5590 | | 26.70 | |
| 10/19 | | Purchase authorized on 10/16 Oconee Beverage WA Greensboro GA S460290591910054 Card 5590 | | 29.95 | |
| 10/19 | | Purchase authorized on 10/16 Pedros Taco Shack Greensboro GA S380290620900391 Card 5590 | | 51.51 | |
| 10/19 | | Purchase authorized on 10/16 Pedros Taco Shack Greensboro GA S300290621172308 Card 5590 | | 55.70 | |
| 10/19 | | Purchase authorized on 10/16 Justins Tire & Aut Eatonton GA S460290658831911 Card 5590 | | 565.92 | |
| 10/19 | | Purchase authorized on 10/16 Moultrie Mobile 833-9091768 AL S460291109117471 Card 5590 | | 2.00 | |
| 10/19 | | Purchase authorized on 10/17 Publix Super Mar 6320 Lak Greensboro GA P00300291547121745 Card 5590 | | 50.64 | |
| 10/19 | | Purchase authorized on 10/18 Sams Club Sam's Club Bogart GA P00000000173667642 Card 5590 | | 77.07 | |
| 10/19 | | Purchase authorized on 10/18 Academy Sports #192 Athens GA P00460292563775183 Card 5590 | | 92.85 | |
| 10/19 | | Purchase authorized on 10/18 Lake Oconee Ace Ha Eatonton GA S380292678311479 Card 5590 | | 21.14 | |
| 10/19 | | Purchase authorized on 10/19 The Home Depot #8584 Greensboro GA P00380293633769049 Card 5590 | | 50.42 | |
| 10/19 | | Purchase authorized on 10/19 Ingles Markets Greensboro GA P00000000176328777 Card 5590 | | 34.18 | 18,556.66 |
| 10/20 | | Deposit | 5,000.00 | | |
| 10/20 | | Purchase authorized on 10/18 Tst* Groove Burger Athens GA S380292600758703 Card 5590 | | 32.28 | |
| 10/20 | | Purchase authorized on 10/19 Sq *Southern Trace Greensboro GA S380293641427279 Card 5590 | | 88.00 | |
| 10/20 | | Purchase authorized on 10/19 Oconee Beverage WA Greensboro GA S580293711623324 Card 5590 | | 29.95 | 23,406.43 |
| 10/21 | | Recurring Payment authorized on 10/19 Fedex 530516095 Memphis TN S580293511225945 Card 5590 | | 72.21 | |
| 10/21 | | Recurring Payment authorized on 10/20 Aspca Guardian 800-628-0028 NY S460294763796545 Card 5590 | | 19.00 | GIFT |
| 10/21 | | Purchase authorized on 10/21 Shell Service Station Greensboro GA P00460295692114562 Card 5590 | | 44.40 | |
| 10/21 | | Purchase authorized on 10/21 Publix Super Mar 6320 Lak Greensboro GA P00580295701414732 Card 5590 | | 55.82 | |
| 10/21 | | Purchase authorized on 10/21 Pounders Meat and Seaf Greensboro GA P00000000286748719 Card 5590 | | 26.05 | 23,188.95 |
| 10/22 | | Purchase Return authorized on 10/21 Lake Oconee Ace Ha Eatonton GA S620296551384330 Card 5590 | 8.19 | | |
| 10/22 | | Purchase authorized on 10/20 Fsi*Gapower Local 866-702-1864 GA S380294668085526 Card 5590 | | 433.65 | |
| 10/22 | | Recurring Payment authorized on 10/21 Vzwrlss*Bill Pay 800-9220204 CA S380295649190702 Card 5590 | | 530.17 | |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/22 | | Purchase authorized on 10/21 Zapiens Salon Greensboro GA S580295689444255 Card 5590 | | 40.00 | |
| 10/22 | | Purchase authorized on 10/21 WWW Gunbroker Com 720-223-0164 GA S460295807407535 Card 5590 | | 11.50 | |
| 10/22 | | Purchase authorized on 10/22 Wal-Mart #1363 Madison GA P00000000385625614 Card 5590 | | 118.22 | 22,063.60 |
| 10/23 | | Purchase authorized on 10/18 Samsclub.Com 888-746-7726 AR S460292791041158 Card 5590 | | 572.46 | |
| 10/23 | | Purchase authorized on 10/22 Madison Chophouse 202 S Main St GA S580296555943775 Card 5590 | | 44.76 | |
| 10/23 | | Purchase authorized on 10/23 Ingles Markets Greensboro GA P00000000387208643 Card 5590 | | 57.47 | 21,388.91 |
| 10/26 | | Purchase authorized on 10/22 Moultrie Mobile 833-9091768 AL S580297109928130 Card 5590 | | 82.35 | |
| 10/26 | | Purchase authorized on 10/23 Chick-Fil-A #04498 Greensboro GA S460297581937781 Card 5590 | | 8.51 | |
| 10/26 | | Purchase authorized on 10/23 Oconee Beverage WA Greensboro GA S580297583842829 Card 5590 | | 62.25 | |
| 10/26 | | Purchase authorized on 10/23 Big Daddy Guns 855-6824872 FL S300297666945674 Card 5590 | | 67.81 | |
| 10/26 | | Purchase authorized on 10/24 Amzn Mktp US*2T3Hg Amzn.Com/Bill WA S580299107739358 Card 5590 | | 32.09 | |
| 10/26 | | Purchase authorized on 10/24 Amzn Mktp US*2T3Io Amzn.Com/Bill WA S300299246404118 Card 5590 | | 32.08 | |
| 10/26 | | Purchase authorized on 10/26 Ingles Markets Greensboro GA P00000000470488765 Card 5590 | | 20.52 | |
| 10/26 | | Purchase authorized on 10/26 Publix Super Mar 6320 Lak Greensboro GA P00300300709355203 Card 5590 | | 12.46 | 21,071.04 |
| 10/27 | | Purchase authorized on 10/24 Amazon.Com*2T0xx69 Amzn.Com/Bill WA S300299105430795 Card 5590 | | 21.40 | |
| 10/27 | | Purchase authorized on 10/27 Raceway6905 Madison GA P00460301596247286 Card 5590 | | 40.84 | |
| 10/27 | | Purchase authorized on 10/27 Tractor S 2220 Eatonto Madison GA P00000000934847891 Card 5590 | | 163.54 | |
| 10/27 | | Purchase authorized on 10/27 Flying J #633 Siloam GA P00460301676264185 Card 5590 | | 35.36 | |
| 10/27 | | Purchase authorized on 10/27 Publix Super Mar 6320 Lak Greensboro GA P00460301749056530 Card 5590 | | 23.08 | 20,786.82 |
| 10/28 | | Purchase authorized on 10/25 Llbean-Direct 800-341-4341 ME S380300082350800 Card 5590 | | 212.93 | |
| 10/28 | | Purchase authorized on 10/27 Oconee Beverage WA Greensboro GA S380301728178082 Card 5590 | | 37.95 | |
| 10/28 | | Purchase authorized on 10/27 Hargray 877-427-4729 SC S300302005910258 Card 5590 | | 143.64 | |
| 10/28 | | Purchase authorized on 10/28 Farmers Feed & Seed Greensboro GA P00000000636534055 Card 5590 | | 132.36 | 20,259.94 |
| 10/29 | | Purchase authorized on 10/27 Walmart.Com Aa 800-966-6546 AR S380301808508699 Card 5590 | | 213.99 | |
| 10/29 | | Purchase authorized on 10/29 Sam's Club Bogart GA P00000000277157637 Card 5590 | | 75.55 | 19,970.40 |
| 10/30 | | Purchase authorized on 10/28 IN *Shooters Den Watkinsville GA S300302492087383 Card 5590 | | 137.16 | |
| 10/30 | | Purchase authorized on 10/29 Georgia Child Supp 844-5775649 FL S300303602715984 Card 5590 | | 3,589.04 | |
| 10/30 | | Purchase authorized on 10/29 10813 Athens Showr Athens GA S580303659671800 Card 5590 | | 222.48 | |
| 10/30 | | Purchase authorized on 10/30 The Home Depot #8584 Greensboro GA P00000000086372802 Card 5590 | | 22.82 | 15,998.90 |
| 11/2 | | Edeposit IN Branch/Store 11/02/20 12:31:57 Pm 1020 Exchange St Greensboro GA | 9,500.00 | | |
| 11/2 | | Purchase authorized on 10/25 Amazon.Com*283Uj01 Amzn.Com/Bill WA S580299464300953 Card 5590 | | 72.54 | |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/2 | | Purchase authorized on 10/29 Amazon.Com*284Vr5J Amzn.Com/Bill WA S580303839297270 Card 5590 | | 24.39 | |
| 11/2 | | Purchase authorized on 10/30 IN *Madison Studio 706-3427434 GA S380304586622443 Card 5590 | | 1,250.00 | |
| 11/2 | | Purchase authorized on 10/30 Wendy's #08 Greensboro GA S300304588684196 Card 5590 | | 16.03 | |
| 11/2 | | Purchase authorized on 10/30 Oconee Beverage WA Greensboro GA S580304771481550 Card 5590 | | 91.20 | |
| 11/2 | | Purchase authorized on 10/30 Amazon.Com*289Be5L Amzn.Com/Bill WA S580305179342355 Card 5590 | | 42.80 | |
| 11/2 | | Purchase authorized on 10/31 Piedmont Water Com 770-2557984 GA S580305463947257 Card 5590 | | 127.44 | |
| 11/2 | | Purchase authorized on 10/31 Oconee Beverage WA Greensboro GA S380305555057440 Card 5590 | | 15.20 | |
| 11/2 | | Purchase authorized on 10/31 Sandy Bottle Shop Siloam GA S380305561965194 Card 5590 | | 35.50 | |
| 11/2 | | Purchase authorized on 10/31 Dollar General # 3980 Hig Greensboro GA P00460305572930186 Card 5590 | | 69.16 | |
| 11/2 | | Purchase authorized on 10/31 Hautlk Rack8885478 888-966-6283 CA S300305766226537 Card 5590 | | 181.87 | |
| 11/2 | | Recurring Payment authorized on 10/31 Geico *Auto 800-841-3000 DC S580306211651171 Card 5590 | | 894.48 | |
| 11/2 | | Purchase authorized on 11/01 Ingles Markets Greensboro GA P00000000489296767 Card 5590 | | 95.73 | |
| 11/2 | | Purchase authorized on 11/02 T Fuel # 6885 Greensboro GA P00460307635357587 Card 5590 | | 45.01 | |
| 11/2 | | Purchase authorized on 11/02 WM Superc Wal-Mart Sup Eatonton GA P00000000570070860 Card 5590 | | 247.41 | 22,290.14 |
| 11/3 | | Purchase Return authorized on 11/02 Walmart.Com Aa Walmart.Com AR S380301808508699 Card 5590 | 213.99 | | |
| 11/3 | | Recurring Payment authorized on 11/02 Walmart.Com AZ 800-966-6546 AR S380307578663720 Card 5590 | | 340.26 | 22,163.87 |
| 11/4 | | Purchase authorized on 11/02 Servcorp US 212-2208514 GA S460307567564823 Card 5590 | | 198.00 | |
| 11/4 | | Purchase authorized on 11/03 Greensboro Tire Greensboro GA S380308612116948 Card 5590 | | 14.95 | |
| 11/4 | | Ngic 888-7810585 Payment Oct 30 33816892 Christopher Polk | | 233.70 | 21,717.22 |
| 11/5 | | Recurring Payment authorized on 11/02 Fedex 532014633 Memphis TN S300307599343397 Card 5590 | | 109.62 | |
| 11/5 | | Purchase authorized on 11/03 Old Trading Post.C 888-653-8723 CA S300308750654446 Card 5590 | | 120.30 | |
| 11/5 | | Recurring Payment authorized on 11/04 Hims & Hers Health Forhims.Com CA S380309371062810 Card 5590 | | 48.00 | |
| 11/5 | | Purchase authorized on 11/04 Sq *Southern Trace Greensboro GA S580309621184007 Card 5590 | | 88.00 | |
| 11/5 | | Purchase authorized on 11/05 Ingles Markets Eatonton GA P00000000779709789 Card 5590 | | 32.41 | |
| 11/5 | | Purchase authorized on 11/05 Oconee Crossroads LLC Greensboro GA P00000000736232943 Card 5590 | | 40.78 | 21,278.11 |
| 11/6 | | Deposit Made In A Branch/Store | 5,000.00 | | |
| 11/6 | | Purchase authorized on 11/03 Pedros Taco Shack Greensboro GA S580308597811786 Card 5590 | | 27.18 | |
| 11/6 | | Recurring Payment authorized on 11/05 Vzwrlss*Bill Pay V 800-922-0204 FL S300310838791664 Card 5590 | | 45.83 | |
| 11/6 | | Purchase authorized on 11/06 Publix Super Mar 6320 Lak Greensboro GA P00300311576048950 Card 5590 | | 160.81 | 26,044.29 |
| 11/9 | | Edeposit IN Branch/Store 11/09/20 02:26:46 Pm 1020 Exchange St Greensboro GA | 5,250.00 | | |
| 11/9 | | Purchase authorized on 11/06 Chick-Fil-A #04498 Greensboro GA S580311587236600 Card 5590 | | 10.07 | |
| 11/9 | | Purchase authorized on 11/06 Oconee Beverage WA Greensboro GA S460311753925283 Card 5590 | | 51.95 | |

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/9 | | Purchase authorized on 11/07 The Home Depot #8584 Greensboro GA P00380312563822976 Card 5590 | | 31.00 | |
| 11/9 | | Purchase authorized on 11/07 Chick-Fil-A #04498 Greensboro GA S460312571946788 Card 5590 | | 4.01 | |
| 11/9 | | Purchase authorized on 11/07 Oconee Beverage WA Greensboro GA S380312577130790 Card 5590 | | 104.30 | |
| 11/9 | | Purchase authorized on 11/07 Dollar Ge 3980 Highway Greensboro GA P00000000532666525 Card 5590 | | 15.25 | |
| 11/9 | | Purchase authorized on 11/07 Flying J #633 Siloam GA P00380312589228673 Card 5590 | | 12.71 | |
| 11/9 | | Purchase authorized on 11/07 Flying J #633 Siloam GA P00300312593129431 Card 5590 | | 3.39 | |
| 11/9 | | Purchase authorized on 11/07 Flying J #633 Siloam GA P00380312680813747 Card 5590 | | 11.83 | |
| 11/9 | | Purchase authorized on 11/08 Oconee Beverage WA Greensboro GA S460313784268373 Card 5590 | | 28.65 | |
| 11/9 | | Purchase authorized on 11/09 T Fuel # 6885 Greensboro GA P00300314488940583 Card 5590 | | 43.06 | |
| 11/9 | | Purchase authorized on 11/09 Farmers Feed & Seed Greensboro GA P00000000881941108 Card 5590 | | 66.88 | |
| 11/9 | | Purchase authorized on 11/09 Ingles Markets Greensboro GA P00000000371583555 Card 5590 | | 11.41 | 30,899.78 |
| 11/10 | | Purchase authorized on 11/08 Eurooptic Ltd Onli 570-3683920 PA S300313598284994 Card 5590 | | 518.93 | |
| 11/10 | | Purchase authorized on 11/08 Pizza Hut 022507 Greensboro GA S380313780908836 Card 5590 | | 16.04 | |
| 11/10 | | Purchase authorized on 11/09 Sq *Southern Trace Greensboro GA S580314508720465 Card 5590 | | 75.90 | |
| 11/10 | | Purchase authorized on 11/10 Bp#1971654Sav-A Eatonton GA P00000000382535478 Card 5590 | | 25.61 | 30,263.30 |
| 11/12 | | Purchase authorized on 11/10 Midwayusa Com 800-2433220 MO S580315602904402 Card 5590 | | 190.00 | |
| 11/12 | | Purchase authorized on 11/10 Macon Golf Carts L Macon GA S300315724010834 Card 5590 | | 1,000.00 | |
| 11/12 | | Recurring Payment authorized on 11/10 Chewy.Com 800-672-4399 FL S460316094478895 Card 5590 | | 34.54 | |
| 11/12 | | Purchase authorized on 11/11 Carol Watson's Ora 714-2138709 CA S580316657283274 Card 5590 | | 32.53 | |
| 11/12 | | Purchase authorized on 11/11 Costco Whse #1102 Augusta GA P00460316733910396 Card 5590 | | 377.39 | |
| 11/12 | | Purchase authorized on 11/11 Oconee Beverage WA Greensboro GA S380316783764675 Card 5590 | | 38.15 | |
| 11/12 | | Purchase authorized on 11/12 Bp#1971654Sav-A Eatonton GA P00000000179678070 Card 5590 | | 48.22 | |
| 11/12 | | Purchase authorized on 11/12 Oconee Crossroads LLC Greensboro GA P00000000736640313 Card 5590 | | 29.95 | |
| 11/12 | 2287 | Check | | 390.00 | |
| 11/12 | 2286 | Check | | 600.00 | 27,522.52 |
| 11/13 | | Purchase Return authorized on 11/12 Llbean-Direct 800-341-4341 ME S610318551050860 Card 5590 | 206.43 | | |
| 11/13 | | Purchase authorized on 11/11 Chick-Fil-A #04498 Greensboro GA S460316671837879 Card 5590 | | 8.51 | |
| 11/13 | | Purchase authorized on 11/12 Macon Golf Carts L Macon GA S300317616146203 Card 5590 | | 3,560.00 | |
| 11/13 | | Purchase authorized on 11/12 Fresh Air Bar-B-Qu Macon GA S300317633122631 Card 5590 | | 63.99 | |
| 11/13 | | Purchase authorized on 11/12 H&M-Buyatabs 83393 604-678-3275 DE S380317799785428 Card 5590 | | 100.00 | |
| 11/13 | | Purchase authorized on 11/12 Sp * Lunya Sleepwe Lunya.Myshopi CA S380317812912794 Card 5590 | | 99.51 | |
| 11/13 | | Purchase authorized on 11/13 The Home Depot #8584 Greensboro GA P00580318518251761 Card 5590 | | 35.87 | |

## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/13 | | Purchase authorized on 11/13 Ingles Markets Greensboro GA P00000000185838667 Card 5590 | | 121.67 | |
| 11/13 | | Purchase authorized on 11/13 Publix Super Mar 6320 Lak Greensboro GA P00380318626369685 Card 5590 | | 107.66 | |
| 11/13 | | Purchase authorized on 11/13 Publix Super Mar 6320 Lak Greensboro GA P00300318627558433 Card 5590 | | 8.21 | 23,623.53 |
| **Ending balance on 11/13** | | | | | 23,623.53 |
| **Totals** | | | **$25,178.61** | **$21,503.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2286 | 11/12 | 600.00 | 2287 | 11/12 | 390.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/15/2020 - 11/13/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $500.00 | $15,998.90 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

**IMPORTANT ACCOUNT INFORMATION:**

**As a valuable customer, your monthly service fee for this Everyday Checking account is waived beginning November 9, 2020 for nine consecutive fee periods.**
If you have converted or choose to convert this Everyday Checking account to another checking account type at any time, this waiver will not be applied to that account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply.

Your monthly service fee summary will include information on the fee periods remaining for the waiver as you get closer to the expiration and options to avoid the monthly service fee. After the monthly service fee has been waived for nine consecutive fee periods, you'll need to start meeting one of the options to avoid the monthly service fee.

Thank you for being a valuable customer. If you have any questions about this change, please contact your local banker or call the number listed on your statement. Please note the Consumer Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this 19th day of November, 2020.

Kathy English

KATHY ENGLISH